Argued and submitted September 2, 1992, reversed and remanded March 3, 1993

Fred PHELPS
and Thea Phelps,
*Respondents,*

*v.*

Kelli WILLIAMS,
*Appellant.*

(92-0047-C; CA A74014)

847 P2d 416

Janay A. Haas, Grants Pass, argued the cause for appellant. With her on the brief was Oregon Legal Services, Grants Pass.

Fred Phelps and Thea Phelps, Cave Junction, waived appearance for respondents.

Before Richardson, Chief Judge, and Deits and Durham, Judges.

PER CURIAM

Reversed and remanded. ORS 46.335; *Price v. Clint*, 34 Or App 731, 579 P2d 873 (1978).